IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | No. 14 CR 56 |
| v. ) | |
| ) | Judge Matthew Kennelly |
| LEROY REGAN ) | |
| ) | |

## PROTECTIVE ORDER REGARDING MENTAL HEALTH RECORDS

Upon motion of defendant Leroy Regan, pursuant to Federal Rule of
Criminal Procedure 16(d), it is hereby ordered:

1.     All of the materials provided by the United States to defendant
Valentine which relate to the mental health of defendant Regan are subject to this
protective order and may be used by defendant Valentine and his counsel (defined
as counsel of record in this case) solely in connection with the defense of this case,
and for no other purpose, and in connection with no other proceeding, without
further order of this Court.

2.     With respect to any mental health records concerning Mr. Regan
produced by the government, counsel for Mr. Valentine shall not copy or
reproduce such records without express authorization of this Court. Counsel for
Mr. Valentine is further ordered not to provide copies of any such records to his
client, Mr. Valentine. Counsel for Mr. Valentine may show such records to Mr.

Valentine and may discuss the materials with his client, but may not give copies of the records to his client. Counsel for Mr. Valentine may not otherwise disclose or disseminate such records or their contents except during the sentencing hearing of Mr. Valentine in this case.

3.     Absent prior permission from the Court, information from any mental health records concerning Mr. Regan shall not be included in any public filing.

4.     Upon conclusion of all stages of this case, all of the materials referenced in this order, shall be disposed of in one of two ways, unless otherwise ordered by the Court. The materials may be (1) destroyed; or (2) returned to the United States or to counsel for Mr. Regan.

5.     Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision thereof.

ENTER:


_____

MATTHEW KENNELLY
District Judge
United States District Court
Northern District of Illinois

Date:  3/16/2016